**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter  **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | CLI USA, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 33-1012686 |

4.  **Debtor's address**

**Principal place of business**

6108 Brownsville Road Extension
Suite 201
Finleyville, PA 15332
Number, Street, City, State & ZIP Code

Washington
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CLI USA, Inc.**                                     Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__**2121**__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor    **See attached list** _____    Relationship _____

District _____    When _____    Case number, if known _____

| Debtor | CLI USA, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | CLI USA, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 11, 2020**
MM / DD / YYYY

**X /s/ William C. Stein**
Signature of authorized representative of debtor

**William C. Stein**
Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Kathryn L. Harrison**
Signature of attorney for debtor

Date   **November 11, 2020**
MM / DD / YYYY

**Kathryn L. Harrison 209601**
Printed name

**Campbell & Levine, LLC**
Firm name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone   **412-261-0310**      Email address

**209601 PA**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. |
| CLI USA, INC., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

## **PENDING BANKRUPTCY CASES FILED BY AFFILIATES**

The following related entities have filed voluntary petitions for relief under chapter 7 of the United States Bankruptcy Code on the date of this Petition:

1.   CLI USA, Inc.
2.   Homer City Coal Processing Corporation
3.   CLI Corporation
4.   CLI Tech Corporation
5.   CLIMAXX Equipment Corporation
6.   Clay County Coal Processing Corporation
7.   Central Continental Operating Company
8.   Fawn Mining Corporation
9.   Fawn Processing Corporation
10.   Northern Alabama Operating Company
11.   Northern Continental Operating Co., Inc.

Dated:  November 11, 2020                    Respectfully submitted,
Pittsburgh, Pennsylvania

                                             CAMPBELL & LEVINE, LLC

                                             By: /s/Kathryn L. Harrison
                                             Stanley E. Levine, Esq.
                                             PA I.D. No. 19819
                                             slevine@camlev.com
                                             Kathryn L. Harrison, Esq.
                                             PA I.D. No. 209601
                                             kharrison@camlev.com
                                             Adam M. Levine, Esq.
                                             PA I.D. No. 313797
                                             alevine@camlev.com
                                             310 Grant St., Suite 1700
                                             Pittsburgh, PA 15219
                                             Tel:  412-261-0310
                                             *Counsel to the Debtor*

Fill in this information to identify the case:

Debtor name    **CLI USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2020**    X **/s/ William C. Stein**
Signature of individual signing on behalf of debtor

**William C. Stein**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name    **CLI USA, Inc.**
_____

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA
_____

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $ _____5,460.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $ _____5,460.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____14,520,032.58

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b

| $ | 14,520,032.58 |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **CLI USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Checking** | 6086 | $5,460.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | $5,460.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CLI USA, Inc. | Case number *(If known)* |
|---|---|---|
|  | Name |  |

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| 15.1. | **CLI-CONN Process Systems, Inc.** | 50 | % | **N/A** | **$0.00** |
|---|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                                                  **$0.00**

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CLI USA, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **CLI USA, Inc.** | | Case number *(If known)* | |
| | Name | | | |

---

<span style="background:black;color:white">Part 12:</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,460.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,460.00** + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$5,460.00** |

**Fill in this information to identify the case:**

Debtor name      **CLI USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __CLI USA, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Bencic**
**663 Henry Road**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Prato**
**1557 Water Street**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Vicini**
**422 Snake Road**
**Ebensburg, PA 15931**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bailey Conrad**
**214 Elderton Heights Road**
**PO Box 295**
**Elderton, PA 15736**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | CLI USA, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Barbara A. Buck**
**2401 Farabaugh Road**
**Ebensburg, PA 15931**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.6** | Nonpriority creditor's name and mailing address

**Barbara A. Louis**
**120 Robin Street**
**Indiana, PA 15701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address

**Bernard J. Murray**
**65 Rugh Road**
**Coral, PA 15731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address

**Bertha Cecconi**
**255 Ellsworth Avenue**
**Homer City, PA 15748**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**Beverly A. Phillip**
**300 Allie Buck Road**
**Nanty Glo, PA 15943**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Beverly R. Walwro**
**211 Twenty Row Road**
**Colver, PA 15927**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address

**Bobby L. Buterbaugh**
**12561 Rt. 286 Hwy E.**
**Commodore, PA 15729**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Bruce G. Mehus**
**527 Laurel Road**
**Indiana, PA 15701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.13** | Nonpriority creditor's name and mailing address
**Bruce George**
**474 Country Road**
**Dayton, PA 16222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address
**Cara Wolfe**
**853 Worthington Slatelick Road**
**Worthington, PA 16262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address
**Carolyn Y. Ingram**
**339 Troy Hill Road**
**Kittanning, PA 16201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**Cathie L. Wanchisn**
**913 Swamp Road**
**Clymer, PA 15728**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address
**Cecelia A. Henigin**
**115 Williams Road**
**Blairsville, PA 15717**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address
**Charles D. Crossland, Jr.**
**192 Wida Road**
**Indiana, PA 15701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

11/11/20  9:18AM

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles H. Wanchisn**
**913 Swamp Road**
**Clymer, PA 15728**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cheryl Hooks**
**399 Wattersonville Road**
**Cowansville, PA 16218**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Zamboni**
**1250 First Street**
**Nanty Glo, PA 15943**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia F. Ditch**
**23 Easy Street**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale Lydic**
**960 Stonebraker Road**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel P. Madoni**
**622 South Walnut Street**
**Blairsville, PA 15717**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darlene M. Jacobs**
**576 Cambria Avenue**
**Revloc, PA 15948**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CLI USA, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Debra L. Baroni**
**135 N. 9th Street**
**Indiana, PA 15701**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis E. Clawson**
**665 Morris Street**
**Clymer, PA 15728**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diana L. Vann**
**1113 Wheatfield Drive**
**Davidsville, PA 15928**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald L. Allen**
**135 Benscreek Lane**
**Hollsopple, PA 15935**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald L. Pierson**
**199 Country Road**
**Nanty Glo, PA 15943**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward G. O'Donnell**
**1020 Steel Street**
**Johnstown, PA 15901**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eileen M. Pierson**
**199 Country Road**
**Nanty Glo, PA 15943**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CLI USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evan Scarton**
**31 Maplewood Avenue**
**Cresson, PA 16630**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florence Prato**
**1557 Water Street**
**Indiana, PA 15701**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frances M. Friedline**
**525 Sherman Street**
**Clymer, PA 15728**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frederick J. Manfredi**
**90 White Street**
**Black Lick, PA 15716**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garry L. Henry**
**2791 Smith Street**
**Marion Center, PA 15759**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Rellick**
**70 W. 3rd Street**
**Aultman, PA 15713**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George W. Hooks**
**399 Wattersonville Road**
**Cowansville, PA 16218**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Helen A. Mehus**
**527 Laurel Road**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry Baroni**
**3752 Highway East 56**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James G. Lemmon**
**11460 Rte. 422 East**
**Penn Run, PA 15765**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Gatskie**
**457 Power Plant Road**
**Blairsville, PA 15717**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Melnick**
**74 Johnson Avenue**
**Blairsville, PA 15717**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James R. Davidson**
**2380 Le Roy Road**
**Dixonville, PA 15734**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Vicini**
**422 Snake Road**
**Ebensburg, PA 15931**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CLI USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Wolfe**
**853 Worthington Slatelick Road**
**Worthington, PA 16262**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jill Conrad**
**214 Elderton Heights Road**
**PO Box 295**
**Elderton, PA 15736**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joanne R. Newingham**
**132 Birch Street**
**Spring Church, PA 15686**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John J. Kuzemchak**
**1060 School Road**
**Clymer, PA 15728**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John M. Kapello**
**12749 Old Ridge Road**
**Hesston, PA 16647**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joni Melnick**
**74 Johnson Avenue**
**Blairsville, PA 15717**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph A. Evanchick**
**198 Goodridge Road**
**Northern Cambria, PA 15714**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph A. Phillip**
**300 Allie Buck Road**
**Nanty Glo, PA 15943**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph E. Adams**
**2269 Old US Highway 119 S.**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph L. Krejocic, Jr.**
**218 Reston Drive**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joyce K. Crossland**
**192 Wida Road**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judy E. Adams**
**2269 Old US Highway 119 S.**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karen L. Lemmon**
**11460 Rte. 422 East**
**Penn Run, PA 15765**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathy L. Zamboni**
**1250 First Street**
**Nanty Glo, PA 15943**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Benefits__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kenneth B. Cecconi**
**255 Ellsworth Avenue**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kenneth M. Balitski**
**980 Country Lane**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Larry L. Tanner**
**140 Church Street**
**Homer City, PA 15748**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Larry R. Goodlin**
**1652 Wilson Avenue**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lawrence E. Ditch**
**23 Easy Street**
**Indiana, PA 15701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Linda K. Buterbaugh**
**12561 Rt. 286 Hwy. E.**
**Commodore, PA 15729**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Linda L. Evanchick**
**198 Goodridge Road**
**Northern Cambria, PA 15714**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address
**Margaret E. Prokop**
**114 First Street**
**Colver, PA 15927**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69** | Nonpriority creditor's name and mailing address
**Marjorie L. Zimmerman**
**9721 Route 403 Highway South**
**Seward, PA 15954**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70** | Nonpriority creditor's name and mailing address
**Mark L. Watt**
**173 5th Street**
**New Florence, PA 15944**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71** | Nonpriority creditor's name and mailing address
**Marsha K. Pikel**
**130 Harrison Drive**
**Indiana, PA 15701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72** | Nonpriority creditor's name and mailing address
**Mary Ann Kapello**
**12749 Old Ridge Road**
**Hesston, PA 16647**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.73** | Nonpriority creditor's name and mailing address
**Mary Watt**
**173 Fifth Street**
**New Florence, PA 15944**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74** | Nonpriority creditor's name and mailing address
**Michael C. Blososky**
**849 West Highland Avenue**
**Ebensburg, PA 15931**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75**  **Nonpriority creditor's name and mailing address**

Michael D. Buck
2401 Farabaugh Road
Ebensburg, PA 15931

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.76**  **Nonpriority creditor's name and mailing address**

Michael J. Prokop
PO Box 373
Colver, PA 15927

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.77**  **Nonpriority creditor's name and mailing address**

Mychal Baroni
3752 Highway East 56
Homer City, PA 15748

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.78**  **Nonpriority creditor's name and mailing address**

Norman R. Trimble
264 Glenwood Avenue
Glen Campbell, PA 15742

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79**  **Nonpriority creditor's name and mailing address**

Patricia A. Kuzemchak
1060 School Road
Clymer, PA 15728

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80**  **Nonpriority creditor's name and mailing address**

Patricia Madoni
622 S. Walnut Street
Blairsville, PA 15717

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81**  **Nonpriority creditor's name and mailing address**

Patricia R. Novak
609 May Street
Blairsville, PA 15717

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Benefits

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul J. Repak, Jr.**
**243 Furnai Avenue**
**Johnstown, PA 15905**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paula Davidson**
**2380 Le Roy Road, Box 92**
**Dixonville, PA 15734**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Perry Scarton**
**31 Maplewood Avenue**
**Cresson, PA 16630**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,500.00 |
|---|---|---|---|

**PNC Bank Payroll Protection**
**222 Delaware Avenue**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __04/30/2020__

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Vicini**
**422 Snake Road**
**Ebensburg, PA 15931**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Vicini**
**422 Snake Road**
**Ebensburg, PA 15931**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raymond D. Walwro**
**211 Twenty Row Road**
**Colver, PA 15927**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Benefits__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Richard A. Swaney | ☐ Contingent |
| 434 Adrian Sherrett Road | ■ Unliquidated |
| Adrian, PA 16210 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Robert A. Smith | ☐ Contingent |
| 1164 Myers Road | ■ Unliquidated |
| Indiana, PA 15701 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Robert D. Pikel | ☐ Contingent |
| 130 Harrison Drive | ☐ Unliquidated |
| Indiana, PA 15701 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Robert E. Freeman | ☐ Contingent |
| 243 Briar Hill Road | ☐ Unliquidated |
| Kittanning, PA 16201 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Robert Malcotti | ☐ Contingent |
| 376 Finntown Road | ■ Unliquidated |
| Nanty Glo, PA 15943 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Robert T. Vann | ☐ Contingent |
| 1113 Wheatfield Drive | ■ Unliquidated |
| Davidsville, PA 15928 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: __Benefits__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| Ronald Conrad | ☐ Contingent |
| 214 Elderton Heights Road | ☐ Unliquidated |
| PO Box 295 | ☐ Disputed |
| Elderton, PA 15736 | |
| Date(s) debt was incurred _ | Basis for the claim: __Benefits__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | CLI USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address**
**Ronald D. Fulmer**
**649 Johnston Road**
**Marion Center, PA 15759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.97** | **Nonpriority creditor's name and mailing address**
**Ronald J. Jacobs**
**576 Cambria Avenue**
**Revloc, PA 15948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.98** | **Nonpriority creditor's name and mailing address**
**Ruthanna M. Livingston**
**873 N. 5th Avenue**
**Indiana, PA 15701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.99** | **Nonpriority creditor's name and mailing address**
**Sally L. Little**
**1037 South Logan Boulevard**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**Sherry E. Trimble**
**264 Glenwood Avenue**
**Glen Campbell, PA 15742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.101** | **Nonpriority creditor's name and mailing address**
**Shirlee Tanner**
**140 Church Road**
**Homer City, PA 15748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.102** | **Nonpriority creditor's name and mailing address**
**Shirly J. Ford**
**109 Walnut Avenue**
**Cadogan, PA 16212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address**

**Sonya J. Bash**
**111 Jefferson Street**
**Glen Campbell, PA 15742**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Susan E. Henry**
**2791 Smith Street**
**Marion Center, PA 15759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Tammy Balitski**
**980 Country Lane**
**Indiana, PA 15701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Thomas J. Turify**
**1513 Fulton Run Road**
**Indiana, PA 15701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Toni C. Manfredi**
**90 White Street**
**Black Lick, PA 15716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Toni L. Clawson**
**665 Morris Street**
**Clymer, PA 15728**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**

**Tulio J. Garonzi, Jr.**
**1297 Washington Street**
**Indiana, PA 15701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Benefits__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | CLI USA, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,413,687.00 |
|---|---|---|---|

**UMWA 1974 Pension Plan**
**2121 K. Street N.W.**
**Washington, DC 20037**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,073,845.58 |
|---|---|---|---|

**UMWA 1992 Benefit Plan**
**2121 K Street, NW**
**Washington, DC 20037**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Valerie Vicini**
**422 Snake Road**
**Ebensburg, PA 15931**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Veronica Malcotti**
**376 Finntown Road**
**Nanty Glo, PA 15943**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wayne C. Bash**
**111 Jefferson Street**
**Glen Campbell, PA 15742**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William J. Zimmerman**
**9721 Route 403 Highway South**
**Seward, PA 15954**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WIlliam R. Ingram**
**339 Troy Hill Road**
**Kittanning, PA 16201**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

| Debtor | **CLI USA, Inc.** | Case number (if known) | |
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 14,520,032.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,520,032.58 |

**Fill in this information to identify the case:**

Debtor name          **CLI USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **CLI USA, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Central Continental Operating Company** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1974 Pension Plan** | ☐ D _____ <br> ■ E/F  **3.110** <br> ☐ G _____ |
| 2.2 | **Central Continental Operating Company** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1992 Benefit Plan** | ☐ D _____ <br> ■ E/F  **3.111** <br> ☐ G _____ |
| 2.3 | **Clay County Coal Processing Corporation** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1974 Pension Plan** | ☐ D _____ <br> ■ E/F  **3.110** <br> ☐ G _____ |
| 2.4 | **Clay County Coal Processing Corporation** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1992 Benefit Plan** | ☐ D _____ <br> ■ E/F  **3.111** <br> ☐ G _____ |

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.5 | **CLI Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____<br>■ E/F   **3.110**<br>☐ G _____ |
| 2.6 | **CLI Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____<br>■ E/F   **3.111**<br>☐ G _____ |
| 2.7 | **CLI Tech Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____<br>■ E/F   **3.110**<br>☐ G _____ |
| 2.8 | **CLI Tech Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____<br>■ E/F   **3.111**<br>☐ G _____ |
| 2.9 | **CLIMAXX Equipment Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____<br>■ E/F   **3.110**<br>☐ G _____ |
| 2.10 | **CLIMAXX Equipment Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____<br>■ E/F   **3.111**<br>☐ G _____ |
| 2.11 | **Fawn Mining Corporation** | 6108 Brownsville Road Extension<br>Suite 201<br>Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____<br>■ E/F   **3.110**<br>☐ G _____ |

| Debtor | **CLI USA, Inc.** | Case number *(if known)* |  |
|--------|-------------------|--------------------------|--|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Fawn Mining Corporation** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____ ■ E/F **3.111** ☐ G _____ |
| 2.13 | **Fawn Processing Corporation** | 6108 Brownsville Road Extension Sute 201 Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____ ■ E/F **3.110** ☐ G _____ |
| 2.14 | **Fawn Processing Corporation** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____ ■ E/F **3.111** ☐ G _____ |
| 2.15 | **Homer City Coal Processing Corporation** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____ ■ E/F **3.110** ☐ G _____ |
| 2.16 | **Homer City Coal Processing Corporation** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____ ■ E/F **3.111** ☐ G _____ |
| 2.17 | **Northern Alabama Operating Company** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1974 Pension Plan** | ☐ D _____ ■ E/F **3.110** ☐ G _____ |
| 2.18 | **Northern Alabama Operating Company** | 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332 | **UMWA 1992 Benefit Plan** | ☐ D _____ ■ E/F **3.111** ☐ G _____ |

| Debtor | **CLI USA, Inc.** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Northern Continental Operating Co., Inc.** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1974 Pension Plan** | ☐ D _____ ☑ E/F ___3.110___ ☐ G _____ |
| 2.20 | **Northern Continental Operating Co., Inc.** | **6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **UMWA 1992 Benefit Plan** | ☐ D _____ ☑ E/F ___3.111___ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **CLI USA, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | $150,000.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other  _____ | $179,200.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other  _____ | $192,000.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Gain on Sale of Assets, Interest Inc.** | $14,796.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Interest Inc.** | $272.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | **Interest Inc.** | $297.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | CLI USA, Inc. | | | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ogletree Deakins** **1 PPG Place** **#1900** **Pittsburgh, PA 15222** | **8/11/2020;** **9/18/2020;** **10/05/2020;** **10/21/2020** | **$26,106.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Item #30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **CLI USA, Inc.**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Michael H. Holland, Michael W. Buckner, Michael Loiacono, and Michael O. McKwon, as Trustees of the United Mine Workers of America 1974 Pension Plan vs. Homer City Coal Processing Corporation, et al.<br>1:20-cv-00047-RC | Withdrawal Liability | USDC for the District of Columbia 333 Constitution Avenue, N.W. Washington, DC 20001 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **CLI USA, Inc.**                                   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Campbell & Levine, LLC**<br>**310 Grant Street**<br>**Suite 1700**<br>**Pittsburgh, PA 15219** | | **October 21, 2020** | **See Note Below*** |
| **Email or website address** | **\*Note**<br>**Debtors have agreed to pay an aggregate sum of $50,000 for filing fees and legal services to file Chapter 7 bankruptcy cases on behalf of eleven affiliated entities, all of which are named defendants in a case pending in the US District Court for the District of Columbia (SOFA, Item 7.1), in which case each affiliate is alleged to be a member of a "control group" under ERISA.** | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any payments or other transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **UMWA VEBA**<br>**6108 Brownsville Road Extension**<br>**Suite 201**<br>**Finleyville, PA 15332** | **Ordinary office equiment and furniture** | **October 21, 2020** | **$15,150.00** |
| **Relationship to debtor** | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | CLI USA, Inc. | Case number *(if known)* | |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 5

| Debtor | CLI USA, Inc. | | Case number *(if known)* | |

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **CLI USA, Inc.
6108 Brownsville Road Extension
Suite 201
Finleyville, PA 15332** | **Statements
prepared internally
by Debtor** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    CLI USA, Inc.                                                Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **CLI USA, Inc.** <br> **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** | **Statements prepared internally by Debtor** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **William Stein** <br> **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Linda Hutchko** | **October 21, 2020** | **$15,150.00** <br> **Office equipment sold** |

| Name and address of the person who has possession of inventory records |
|---|
| **Linda Hutchko** <br> **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William C. Stein, Jr.** | **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** | **President** | **66-2/3%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Linda Hutchko** | **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** | **Secretary/Treasurer** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Robert Stein** | **6108 Brownsville Road Extension** <br> **Suite 201** <br> **Finleyville, PA 15332** | **Vice President** | **0%** |

Debtor    **CLI USA, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Dale Stoffel** | **John H. Quinn, Executor c/o Kenneth Baker 70 East Beau Street Washington, PA 15301** | **Shareholder** | **33-1/3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **William C. Stein, Jr. 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **$84,000.00 Payroll paid bi-weekly in normal course of business** | **Bi-weekly** | **Bi-weekly salary** |
| | **Relationship to debtor Employee** | | | |
| 30.2. | **Linda Hutchko 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **$32,500.00 Payroll paid bi-weekly in normal course of business** | **Bi-weekly** | **Bi-weekly salary** |
| | **Relationship to debtor Employee** | | | |
| 30.3. | **Robert Stein 6108 Brownsville Road Extension Suite 201 Finleyville, PA 15332** | **$11,500.00 Payroll paid bi-weekly in normal course of business** | **Bi-weekly** | **Bi-weekly salary** |
| | **Relationship to debtor Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **CLI USA, Inc.**                                           Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2020**

_____          **William C. Stein**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **CLI USA, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,210.00** |
| Prior to the filing of this statement I have received | $ | **4,210.00** |
| Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Services included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services not included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

   **\* Debtor(s) has/have agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 11, 2020** _____    **/s/ Kathryn L. Harrison** _____

*Date*    **Kathryn L. Harrison 209601**

*Signature of Attorney*

**Campbell & Levine, LLC**
**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
**412-261-0310  Fax: 412-261-5066**

*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **CLI USA, Inc.**                                              Case No.
                                    Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 11, 2020**              **/s/ William C. Stein**
                                            **William C. Stein/President**
                                            Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re __CLI USA, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CLI USA, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 11, 2020__

Date

/s/ Kathryn L. Harrison

__Kathryn L. Harrison 209601__

Signature of Attorney or Litigant

Counsel for __CLI USA, Inc.__

__Campbell & Levine, LLC__
__310 Grant Street, Suite 1700__
__Pittsburgh, PA 15219__
__412-261-0310 Fax:412-261-5066__